# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DENISE MASTRO (2),<br><br>   Defendant. | Case No.: 11-cr-2152-JLS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS ALL CHARGES IN INDICTMENT AGAINST DENISE MASTRO (2) AND VACATING HEARING** |

  The Court GRANTS the United States' motion to dismiss all counts of the Indictment in the above-captioned case against Denise Mastro. The December 20, 2013, deferred prosecution hearing is vacated.

  IT IS SO ORDERED.

DATED: December 18, 2013

                 _____
                 Hon. Janis L. Sammartino
                 United States District Judge